JOANNA L. BROOKS (State Bar #182986)
TIMOTHY C. TRAVELSTEAD (State Bar #215260)
DOUGLAS M. BRIA (State Bar #226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone    415.394.9400
Facsimile    415.394.9401
brooksj@jacksonlewis.com

Attorneys for Defendant
PEROT SYSTEMS CORPORATION

*ORIGINAL FILED*

JUN 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CV 08     3064 MHP

| | |
|---|---|
| RAUL MANCERA,<br><br>              Plaintiff,<br><br>       v.<br><br>PEROT SYSTEMS CORPORATION, and DOES 1 through 25, inclusive,<br><br>              Defendants. | Case No.:<br><br>**INDEX OF EXHIBITS IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. SECTIONS 1332, 1441 AND 1446 [DIVERSITY]**<br><br>(Filed in conjunction with Certificate of Service of Notice to Adverse Parties and Notice of Pendency of Other Action or Proceeding) |

Exhibit A:

      True and correct copies of Summons and Complaint, as well as the collective notices and orders, as follows:

    1.    A true and correct copy of the Complaint for Unpaid Wages and Penalties, filed on April 29, 2008;

    2.    A true and correct copy of the Summons on Complaint filed on April 29, 2008;

    3.    A true and correct copy of the Proof of Service of Summons and Complaint, dated May 28, 2008;

    4.    A true and correct copy of the Case Management Information and Setting form and ADR Information Package, filed on April 29, 2008; and

    5.    A true and correct copy of the Answer to Complaint, filed on  June 23, 2008.



1   Exhibit B:

2       A true and correct copy of the Notice to Adverse Parties of Removal to Federal Court,
which will be filed in the Superior Court of California, County of Santa Cruz.

Dated:  June 24, 2008

JACKSON LEWIS LLP

By: _____
       JoAnna L. Brooks
       Timothy C. Travelstead
       Douglas M. Bria
       Attorney for Defendant
       PEROT SYSTEMS CORPORATION,
       a Delaware Corporation

INDEX OF EXHIBITS IN SUPPORT OF NOTICE OF REMOVAL

1

## CERTIFICATE OF SERVICE

2

I, Marianne Solano, declare that I am employed with the law firm of Jackson Lewis LLP,

3

whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the

4

age of eighteen (18) years and am not a party to this action.

5

On June 24, 2008, I served the attached document(s):

6

INDEX OF EXHIBITS IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

7

CALIFORNIA PURSUANT TO 28 U.S.C. SECTIONS 1332, 1441 AND 1446 [CAFA DIVERSITY]

8

9

(Filed in conjunction with Certificate of Service of Notice to Adverse Parties and Notice of

10

Pendency of Other Action or Proceeding) in this action by placing true and correct copies thereof,

11

enclosed in sealed envelope(s) addressed as follows:

12

Frank A. Jelinch, Esq.
Law Office of Frank A. Jelinch

13

20045 Stevens Creek Boulevard, Suite 2G
Cupertino, CA 95014

14

Telephone:    (408) 366-6300
Facsimile:    (408) 252-3936

15

16

[  ]    BY MAIL:  United States Postal Service - by placing sealed envelopes with the postage

17

thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

18

[  ]    BY HAND DELIVERY:  I caused such envelope(s) to be delivered by Messenger Service

19

to the above address[es].

20

[ X ]    BY OVERNIGHT DELIVERY:  I caused such envelope(s) to be delivered to the above address within 24 hours by OVERNIGHT EXPRESS service.

21

[  ]    BY FACSIMILE:  I caused such documents to be transmitted by facsimile to the

22

telephone number(s) indicated above.

23

I declare under penalty of perjury under the laws of the United States that the above is true

24

and correct.

25

Executed on June 24, 2008 at San Francisco, California.

26

27

28

MARIANNE SOLANO

3

*EXHIBIT A*

*EXHIBIT 1*

1  FRANK A. JELINCH, ESQ. - SBN 42890
   LAW OFFICE OF FRANK A. JELINCH
2  20045 Stevens Creek Boulevard, Suite 2G
   Cupertino, CA  95014
3  Tel.:   408-366-6300
   Fax:   408-252-3936
4
5  Attorney for Plaintiff

**FILED**

APR 2 9 2008

ALEX CALVO, CLERK
BY JENNIFER SAMBRAILO
DEPUTY, SANTA CRUZ COUNTY

6
7
8            SUPERIOR COURT OF CALIFORNIA, SANTA CRUZ COUNTY
9
10  RAUL MANCERA                          CASE NO.:   CV 160155
11          Plaintiff,                    COMPLAINT FOR UNPAID WAGES
                                          AND PENALTIES
12  PEROT SYSTEMS CORPORATION and
13  DOES 1 through 25, inclusive,         (Labor Code Sections 201, 202, 203,
                                              218.5, and 226.7)
14          Defendants.
15
16
17
18      PLAINTIFF ALLEGES:

                        **FIRST CAUSE OF ACTION**
19                        **(Non-Payment of Wages)**

20  1.  The defendant, PEROT SYSTEMS CORPORATION, is and at all times relevant herein,
21      was a corporation organized under the laws of California and doing business in Santa
22      Cruz County, California.
23  2.  Does 1 through 25, inclusive are sued as fictitious defendants.  It is believed that each of
24      the Does was in some way responsible for the damages claimed herein.
25  3.  Beginning on January 8, 2003 and ending on December 30, 2007, plaintiff Raul Mancera
26      was employed by defendant as a Desk Site Support Analyst.
27  4.  During the period of the employment, the defendant employer did not pay the plaintiff
28      wages as follows:

1    a)    He was required by defendants to work during meal and rest periods in violation

2          of Labor Code Section 226.7 for 3 years. ending October 24, 2007, for an

3          approximate amount owed of $7,823.

4    b)    He was required by defendants to work overtime in excess of 8 hours per day or

5          40 hours per week without regular or overtime pay for 3 years, ending October 14,

6          2007, for an approximate amount owed of $53,469.

7    (c)    He was not paid for regular hours worked for 23 days in August 2007 for an

8          approximate amount owed of $4,204.

9    5.    At the time of their termination the defendants failed to pay the plaintiffs wages due

10         them. Failure to pay the wages due violates Labor Code Sections 201, 202, 203, 226.7.

11         There is new due and owing to plaintiffs a sum in excess of $25,000. Defendant refuses

12         to pay the amount due.

13                          **SECOND CAUSE OF ACTION**
                        **( PENALTIES, LABOR CODE 203 AND 226.7**
14                           **AS TO ALL PLAINTIFFS)**

15   6.    Plaintiffs incorporate Paragraph 1-5.

16   7.    The defendant's failure to pay wages due violates Labor Code Sections 203 and 226.7,

17         providing for penalties of one hour per pay for each day that rest and meal periods were

18         not provided and for up to 30 days pay from time wages were due and not paid in an

19         approximate amount owed of $5,484.

20   8.    The defendants have failed to pay wages due for a period in excess of 30 days and such

21         failure was willful.

22                          **THIRD CAUSE OF ACTION**
23         **(Retaliation for Complaint About Unpaid Wages, Labor Code § 201)**

24   9.    Plaintiffs incorporate the allegations of Paragraphs 1-8.

25   10.   Beginning when Louis Aquino became plaintiff's supervisor, Raul Mancera complained

26         to his employer about hours worked which were not accounted for in his paycheck

27         (sometimes 2-3 or more hours bi-weekly). Mr. Aquino told him that if he did not like it,

28         he could resign.

11.  Labor Code Sections 201, 202, 203 and 226.7 require payment of wages due.

12.  Defendant employer terminated plaintiff as a result of his complaints for unpaid wages.

13.  As a proximate result of the conduct of the defendants, the plaintiff has suffered harm, including lost compensation, injury to property, humiliation, embarrassment and mental anguish all to his damages in an amount according to proof.

WHEREFORE, plaintiffs, and each of them, pay for judgment against defendants as follows:

1.  Compensatory damages in excess of $25,000 and according to proof;

2.  Interest at the rate of 10% from the date wages were owed;

3.  For penalties under Labor Code Sections 203 and 226.7;

4.  For reasonable attorney's fees according to law, including Labor Code Section 218.5;

5.  For costs of suit herein; and

6.  For such other relief as the court deem proper.

LAW OFFICE OF FRANK A. JELINCH

DATED: _APRIL 28, 2008_

Frank A. Jelinch, Attorney for Plaintiff

**PROOF OF SERVICE**

*EXHIBIT 2*

5-27-08  250

# SU MONS
## (CITACION JUDICIAL)

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Perot Systems Corporation and Does 1-25, inclusive

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Raul Mancera

# FILED

APR 29 2008

ALEX CALVO, CLERK
BY JENNIFER SAMBRAILO
DEPUTY, SANTA CRUZ COUNTY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.   If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of Santa Cruz
701 Ocean Street, Room 110

Santa Cruz, CA   95060

**CASE NUMBER:**
*(Número del Caso):* CV 160155

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
FRANK A. JELINCH, ESQ. SBN 42890          408-366-6300     408-252-3936
LAW OFFICE OF FRANK A. JELINCH
20045 STEVENS CREEK BLVD., #2G
CUPERTINO, CA   95014
DATE: April 29, 2008     **ALEX CALVO**     Clerk, by    **JENNIFER SAMBRAILO**     , Deputy
*(Fecha)*                                    *(Secretario)*                                    *(Adjunto)*

For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons. (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☑ on behalf of *(specify)*: PEROT SYSTEMS CORPORATION

   under: ☑ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

**SUMMONS**

Legal Solutions

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465

*EXHIBIT 3*

**CT** CORPORATION
A Wolterskluwer Company

**Service of Process Transmittal**
05/28/2008
CT Log Number 513469911

TO: Thomas Williams
Perot Systems Corporation
2300 W. Plano Parkway
Plano, TX 75075

RE: **Process Served in California**

FOR: Perot Systems Corporation (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Raul Mancera, Pltf. vs. Perot Systems Corporation, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Notice of Case Management Conference, Attachment(s), Stipulation and Order Form |
| **COURT/AGENCY:** | Santa Cruz County, Santa Cruz, Superior Court, CA Case # CV160155 |
| **NATURE OF ACTION:** | Employee Litigation - Unpaid wages |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/27/2008 at 14:50 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service - file written response // 8/27/2008 at 8:29 a.m. - Case Management Conference |
| **ATTORNEY(S) / SENDER(S):** | Frank A. Jelinch Law Offices of Frank A. Jelinch 20045 Stevens Creek Blvd., #2G Cupertino, CA 95014 (408) 366-6300 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Standard Overnight , 790515191402 Email Notification, Vicki Trogdon Vicki.Trogdon@ps.net |
| **SIGNED:** **PER:** **ADDRESS:** | C T Corporation System Nancy Flores 818 West Seventh Street Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

**Post-it® Fax Note** 7671 | Date 5.28.08 | # of pages ▸ 10

To Vickie | From Elizabeth - CT Corp
Co./Dept. Perot Systems Corp. | Co.
Phone # | Phone # 213-337-4615
Fax # 972-577-6085 | Fax #

Page 1 of 1 / EM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

*EXHIBIT 4*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ**

Santa Cruz Branch
701 Ocean Street, Room 110
Santa Cruz, CA 95060

Watsonville Branch
1Second Street, Room 300
Watsonville, CA 95076

For Court Use Only

**FILED**

APR 2 9 2008

ALEX CALVO, CLERK
BY JENNIFER SAMORAILO
DEPUTY, SANTA CRUZ COUNTY

PLAINTIFF:   RAUL MANCERA

DEFENDANT: PEROT SYSTEMS CORPORATION

**CASE MANAGEMENT INFORMATION AND SETTING**

CASE NO.:

**CISCV160155**

This case is in Santa Cruz County's Case Management Program. It is the Duty of each party to be familiar with the california rules of court and the date, time and place of the first case management conference.

This notice must be served with the summons on all defendants and cross-defendants. Notice of any other pending case management conference must be served on subsequently named defendants and corss-defendants.

**ATTENTION DEFENDANT:** YOU HAVE 30 DAYS AFTER THE SUMMONS IS SERVED ON YOU TO FILE A RESPONSE TO THE COMPLAINT. THE DATE BELOW <u>DOES</u> <u>NOT</u> <u>EXTEND</u> THE TIME TO FILE A RESPONSE. SEE THE SUMMONS FOR INSTRUCTIONS FOR RESPONDING TO THE SUMMONS AND COMPLAINT.

---

**The first Case Management Conference hearing date is:**

**Date: 08/27/08**            **Time: 8:29**            **Department No.:   4**

Address of the Court: ☑ 701 Ocean Street, Santa Cruz, California        ☐ 1 Second Street, Watsonville, California

---

*Telephonic court appearances are provided through CourtCall to the court. To make arrangments to appear at the Case Management Conference by telephone, please call the program administrator for CourtCall at (310) 572-4670 or (888) 882-6878 at least five (5) court days prior to the hearing. DO NOT CALL THE COURT.*

# THE LAWYER'S PLEDGE

In order to raise the standards of civility and professionalism among counsel and between the Bench and the Bar, I hereby pledge the following:

1. To at all times comply with the California Rules of Professional Conduct;
2. To honor all commitments;
3. To be candid in all dealings with the court and counsel;
4. To uphold the integrity of our system of justice and not compromise personal integrity for the sake of a client, case or cause;
5. To seek to accomplish the client's legitimate goals by the most efficient and economical methods possible;
6. To act in a professional manner at all times, to be guided by a fundamental sense of fair play in all dealings with counsel and the court, and to be courteous and respectful to the court;
7. To be on time;
8. To be prepared for all court appearances - to be familiar with all applicable court rules;
9. To adhere to the time deadlines set by statute, rule, or order;
10. To avoid visual displays of pique in response to rulings by the court;
11. To discourage and decline to participate in litigation or tactics that are without merit or are designed primarily to harass or drain the financial resources of the opposing party;
12. To avoid any communications with the judge concerning a pending case unless the opposing party or lawyer is present, or unless permitted by court rules or otherwise authorized by law;
13. To refrain from impugning the integrity of the judicial system, its proceedings, or its members;
14. To treat all court personnel with the utmost civility and professionalism;
15. To remember that conflicts with opposing counsel are professional and not personal - vigorous advocacy is not inconsistent with professional courtesy;
16. To refrain from derogatory statements or discriminatory conduct on the basis of race, religion, gender, sexual orientation or other personal characteristic;
17. To treat adverse witnesses and litigants with fairness and due consideration;
18. To conduct discovery proceedings as if a judicial officer were present;
19. To meet and confer with opposing counsel in a genuine attempt to resolve procedural and discovery matters;
20. To not use discovery to harass the opposition or for any other improper purpose;
21. To not arbitrarily or unreasonably withhold consent to a just and reasonable request for cooperation or accommodation;
22. To not attribute to an opponent a position not clearly taken by that opponent;
23. To avoid unnecessary "confirming" letters and to be scrupulously accurate when making any written confirmation of conversations or events;
24. To not propose any stipulation in the presence of the trier of fact unless previously agreed to by the opponent;
25. To not interrupt the opponent's legal argument;
26. To address opposing counsel, when in court, only through the court;
27. To not seek sanctions against or disqualification of another lawyer to attain a tactical advantage or for any other improper purpose;
28. To not schedule the service of papers to deliberately inconvenience opposing counsel;
29. To refrain, except in extraordinary circumstances, from using the fax machine to demand immediate responses for opposing counsel.

# ADR INFORMATION PACKAGE

Included in this package:

- Cover Page

- Alternative Dispute Resolution Program Notice

- Local Form SUPCV 1012
  (Stipulation and Order to Attend Judicial Mediation or Private Arbitration)

## ATTENTION PLAINTIFFS/CROSS-COMPLAINANTS

### PLAINTIFFS SHALL SERVE A COPY OF THIS ADR INFORMATION PACKAGE ON EACH DEFENDANT ALONG WITH THE COMPLAINT.  CROSS-COMPLAINANTS SHALL SERVE A COPY OF THIS ADR INFORMATION PACKAGE ON ANY NEW PARTIES TO THE ACTION ALONG WITH THE CROSS-COMPLAINT (CRC 3.221)

---

SUPCV-1012 (Rev. 1/07)

Page 1 of 3
Local Rule 7.1.02

STIPULATION AND ORDER TO ATTEND JUDICIAL MEDIATION
OR PRIVATE ARBITRATION

# ALTERNATIVE DISPUTE RESOLUTION PROGRAM NOTICE
# SANTA CRUZ SUPERIOR COURT
# LOCAL RULE 7.1.02(a)

TO:    ALL CIVIL LITIGANTS

RE:    JUDICIAL MEDIATION PROGRAM OF SANTA CRUZ OR OPTION FOR PRIVATE ARBITRATION

Alternate Dispute Resolution (ADR) is a process, other than formal litigation, in which a neutral person assists the parties in resolving their dispute. Santa Cruz County's ADR process is Judicial Mediation. If the parties agree to Mediation, it is the policy of this Court to assign appropriate cases to mediation without making a determination of the value of the case.

Appropriate cases will be assigned to Judicial Mediation from the Case Management Conference Calendar. The parties may stipulate to Mediation prior to the Case Management Conference by written stipulation on local form SUPCV 1012. Case Management Conference Statements and requests for continuances should be submitted at least ten days in advance of the hearing.

FOR MORE INFORMATION REGARDING SANTA CRUZ COUNTY'S MEDIATION PROGRAM, SEE LOCAL RULE 7.1 OR CONTACT THE CIVIL CALENDAR DEPARTMENT (SANTA CRUZ) AT (831) 454-2303 OR THE WATSONVILLE BRANCH AT (831) 763-8069.

You may also stipulate to use a private arbitration or mediation service with the same local form 1012. This local form is required to ensure that the case is tracked properly by Court staff.

SUPCV-1012 (Rev. 1/07)

Page 2 of 3
Local Rule 7.1.02

### STIPULATION AND ORDER TO ATTEND JUDICIAL MEDIATION
### OR PRIVATE ARBITRATION

| ATTORNEY OR PARTY WITHOUT ATTORNEY (*NAME AND ADDRESS*): | TELEPHONE NO.: | *For Court Use Only* |
|---|---|---|
| ATTORNEY FOR (*NAME*): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CRUZ**
☐ Santa Cruz      ☐ Watsonville Branch
    701 Ocean Street, Room 110      1430 Freedom Boulevard
    Santa Cruz, CA 95060      Watsonville, CA 95076

Plaintiff/Petitioner:

Defendant/Respondent:

| STIPULATION AND ORDER TO ATTEND JUDICIAL MEDIATION OR PRIVATE ARBITRATION Must be filed 10 days before Case Management Conference | CASE NO. |
|---|---|

**FOR GOOD CAUSE** as stated in the attached supporting declaration,
**CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR:** (DATE)_____
CHECK ONLY ONE BOX:

1. (   ) The parties stipulate to court ordered mediation.

2. (   ) The parties stipulate to private mediation or arbitration, to be arranged by the parties and completed within 120 days of the current CMC date stated above. The parties agree that such process shall be a good faith attempt to resolve the case.

**SIGNATURES OF COUNSEL:**

TYPE NAME: _____
DATE: _____    ATTORNEY FOR: _____

TYPE NAME: _____
DATE: _____    ATTORNEY FOR: _____

☐ ADDITIONAL SIGNATURES IN ATTACHMENT "A"

**ORDER**

**BASED ON THE STIPULATION OF THE PARTIES, THE SUPPORTING DECLARATION, AND FINDING GOOD CAUSE, THE APPLICATION IS HEREBY GRANTED**

☐ SET FOR JUDICIAL MEDIATION ON: _____ AT: _____ a.m./p.m.

☐ VACATE CMC CURRENTLY SET FOR: _____ AT: _____ a.m./p.m.

Date: _____     _____
                                   **JUDGE OF THE SUPERIOR COURT**

SUPCV-1012 (Rev. 1/07)

**STIPULATION AND ORDER TO ATTEND JUDICIAL MEDIATION OR PRIVATE ARBITRATION**

*EXHIBIT 5*

1 | JOANNA L. BROOKS (State Bar #182986)
2 | TIMOTHY C. TRAVELSTEAD (State Bar #215260)
  | DOUGLAS M. BRIA (State Bar #226966)
3 | JACKSON LEWIS LLP
  | 199 Fremont Street, 10th Floor
  | San Francisco, CA 94105
4 | Telephone     415.394.9400
  | Facsimile:    415.394.9401
5 |
6 | Attorneys for Defendant
  | PEROT SYSTEMS CORPORATION

**F I L E D**

JUN 23 2008

ALEX CALVO, CLERK
BY DEBORAH ROJAS
DEPUTY, SANTA CRUZ COUNTY

7

8 |                   SUPERIOR COURT OF CALIFORNIA

9 |                      COUNTY OF SANTA CRUZ

10

11 | RAUL MANCERA,                        Case No. CV160155   **BY FAX**

12 |          Plaintiff,                  DEFENDANT'S ANSWER TO
                                          PLAINTIFF'S UNVERIFIED
13 |     v.                               COMPLAINT

14 | PEROT SYSTEMS CORPORATION and
    | DOES 1 through 25, inclusive,
15 |
                                          Complaint Filed:   April 29, 2008
16 |          Defendants.                 Trial Date:        None Set

17

18 |     Defendant PEROT SYSTEMS CORPORATION ("Defendant") hereby answers Plaintiff

19 | RAUL MANCERA'S ("Plaintiff") unverified Complaint (the "Complaint"), as follows:

20 |                         **GENERAL DENIAL**

21 |     Pursuant to Code of Civil Procedure section 431.30 subdivision (d), Defendant denies

22 | each and every allegation contained in Plaintiff's unverified Complaint and denies that Plaintiff

23 | was injured or damaged as alleged, or at all.

24 |                      **AFFIRMATIVE DEFENSES**

25 |     By way of affirmative defenses to the allegations of the Complaint herein, Defendant

26 | alleges as follows:

27 | ///

28 | ///

                                       1
DEFENDANT'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

                                          Case No. CV160155

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

The Complaint, and all causes of action contained therein, fail to state facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

(Failure to Mitigate Damages)

Plaintiff is barred from recovering any damages for lost wages, or any recovery for lost wages must be reduced, if and to the extent that Plaintiff failed to exercise reasonable diligence to mitigate his alleged damages, if any.

### THIRD AFFIRMATIVE DEFENSE

(Unclean Hands)

Plaintiff is barred from recovery under this Complaint if and to the extent that he comes to this Court with unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

(Adequate Legal Remedies)

Any claim for equitable relief is barred, in whole or in part, to the extent Plaintiff has an adequate remedy at law.

### FIFTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

The Complaint as a whole, and each purported cause of action alleged therein, is barred in whole or in part by the applicable statutes of limitations, including without limitation Code of Civil Procedure section 338(a) or Code of Civil Procedure sections 340(a) and (b).

### SIXTH AFFIRMATIVE DEFENSE

(Waiver)

The Complaint, and each cause of action contained therein, is barred by the doctrine of waiver.

///

///

2

## SEVENTH AFFIRMATIVE DEFENSE

### (Good Faith)

To the extent Plaintiff seeks statutory penalties, such penalty must be barred or reduced to the extent Defendant acted in good faith and non-willfully.

## EIGHTH AFFIRMATIVE DEFENSE

### (Estoppel)

The Complaint, and each cause of action contained therein, is barred by the doctrine of estoppel.

## NINTH AFFIRMATIVE DEFENSE

### (Laches)

The Complaint, and each cause of action contained therein, is barred by the doctrine of laches.

## TENTH AFFIRMATIVE DEFENSE

### (Waiver of Meal and Rest Periods)

Plaintiff's first cause of action for unpaid wages is barred to the extent Plaintiff seeks wages for unpaid meal and rest periods that Defendant provided but that Plaintiff refused to take in compliance with Defendant's policies and/or or voluntarily waived.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Lack of Knowledge)

Plaintiff's third cause of action for retaliation is barred to the extent Plaintiff failed to notify Defendant of the alleged wage and hour violations during his employment with Defendant.

## TWELFTH AFFIRMATIVE DEFENSE

Any recovery on Plaintiff's Complaint for failure to pay wages is barred because Defendant complied with all applicable provisions of the California Labor Code, the applicable wage orders of the California Industrial Welfare Commission and federal law.

## PRAYER

WHEREFORE, Defendant prays for judgment as follows:

1.     That Plaintiff take nothing by way of his Complaint;

3

1      2.      That the Complaint and each claim for relief be dismissed in its entirety with

2  prejudice;

3      3.      That Plaintiff be denied each and every demand and prayer for relief contained in

4  the Complaint;

5      4.      For costs of suit incurred herein, including reasonable attorney's fees, as and

6  where permitted under California law; and

7      5.      For such other and further relief as the Court deems just and equitable.

8

9  Dated:  June 23, 2008

10                                           JACKSON LEWIS LLP

11

12                         By:  _____

13                                           JoAnna L. Brooks
                                             Timothy C. Travelstead
                                             Douglas M. Bria
14                                           Attorneys for Defendant
                                             PEROT SYSTEMS CORPORATION,
15                                           a Delaware Corporation

16

17

18

19

20

21

22

23

24

25

26

27

28

4

DEFENDANT'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT                    Case No. CV160155

1

**PROOF OF SERVICE**

2      I, Mary Stoner, declare that I am employed with the law firm of Jackson Lewis LLP,

3  located at 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of

4  eighteen (18) years and am not a party to this action.

5      On June 23, 2008, I served the attached document(s):

6      **DEFENDANT'S ANSWER TO PLAINTIFF'S UNVERIFIED**
       **COMPLAINT**

7

8  in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed

9  as follows:

10  Frank A. Jelinch, Esq.
    Law Office of Frank A. Jelinch

11  20045 Stevens Creek Boulevard, Suite 2G
    Cupertino, CA  95014

12  Telephone:    408-366-6300
    Facsimile:    408-252-3936

13

14

15  [ X ]    <u>BY MAIL:</u>  United States Postal Service -  by placing sealed envelopes with the postage
            thereon fully prepaid, placed for collection and mailing on this date, following ordinary
16          business practices, in the United States mail at San Francisco, California.

17  [  ]    <u>BY HAND DELIVERY:</u>  I caused such envelope(s) to be delivered by Messenger Service
            to the above address.

18  [  ]    <u>BY OVERNIGHT DELIVERY:</u>  I caused such envelope(s) to be delivered to the above

19          address within 24 hours by OVERNIGHT EXPRESS service.

20  [  ]    <u>BY FACSIMILE:</u>  I caused such documents to be transmitted by facsimile to the
            telephone number(s) indicated above.

21      I declare under penalty of perjury under the laws of the State of California that the above

22  is true and correct.

23      Executed on June 23, 2008 at San Francisco, California.

24

25                                          _Mary Stoner_
                                            Mary Stoner

26

27

28

5

DEFENDANT'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT                    Case No. CV160155

*EXHIBIT B*



1  JOANNA L. BROOKS (State Bar #182986)
   TIMOTHY C. TRAVELSTEAD (State Bar #215260)
2  DOUGLAS M. BRIA (State Bar #226966)
   JACKSON LEWIS LLP
3  199 Fremont Street, 10th Floor
   San Francisco, CA  94105
4  Telephone     415.394.9400
   Facsimile:     415.394.9401
5
   Attorneys for Defendant
6  PEROT SYSTEMS CORPORATION

7

8                   SUPERIOR COURT OF CALIFORNIA

9                      COUNTY OF SANTA CRUZ

10

11  RAUL MANCERA,                      Case No. CV160155

12              Plaintiff,             **NOTICE TO ADVERSE PARTIES OF
                                       REMOVAL TO FEDERAL COURT**
13       v.

14  PEROT SYSTEMS CORPORATION and
    DOES 1 through 25, inclusive,
15                                     Complaint Filed:    April 29, 2008
              Defendants.              Trial Date:         None Set
16

17

18  <u>**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**</u>

19       <u>PLEASE TAKE NOTE THAT</u> a Notice of Removal of this action was filed in the United

20  States District Court for the Northern District of California on June ___, 2008.  A copy of said

    Notice of Removal is attached to this Notice, and is served and filed herewith.
21

22  Dated:  June 24, 2008

23                                     JACKSON LEWIS LLP

24

25                                     By: _____
                                           JoAnna L. Brooks
26                                         Timothy C. Travelstead
                                           Anne V. Leinfelder
27                                         Attorneys for Defendant
                                           PEROT SYSTEMS CORPORATION,
28                                         a Delaware Corporation

                                   1
NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT          Case No. CV160155

**PROOF OF SERVICE**

1

2      I, Linda A. Moore, declare that I am employed with the law firm of Jackson Lewis LLP,

3  whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the

4  age of eighteen (18) years and am not a party to this action.

5      On June 24, 2008, I served the attached document(s):

6        **NOTICE TO ADVERSE PARTIES OF REMOVAL TO**
        **FEDERAL COURT**

7

8  in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed

9  as follows:

10  Frank A. Jelinch, Esq.
     Law Office of Frank A. Jelinch
11  20045 Stevens Creek Boulevard, Suite 2G    *Attorney for Plaintiff*
     Cupertino, CA 95014
12  Telephone:  (408) 366-6300
     Facsimile:   (408) 252-3936

13

14

15  [ ]   <u>BY MAIL</u>:  United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

16

17  [ ]   <u>BY HAND DELIVERY</u>:  I caused such envelope(s) to be delivered by Messenger Service to the above address.

18  [ X ]  <u>BY OVERNIGHT DELIVERY</u>:  I caused such envelope(s) to be delivered to the above address within 24 hours by OVERNIGHT EXPRESS service.

19

20  [ ]   <u>BY FACSIMILE</u>:  I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

21      I declare under penalty of perjury under the laws of the State of California that the above

22  is true and correct.

23      Executed on June 24, 2008 at San Francisco, California.

24

25                     _____
                             Linda A. Moore

26

27

28

NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT       Case No. CV160155