JOANNA L. BROOKS (State Bar #182986)
TIMOTHY C. TRAVELSTEAD (State Bar #215260)
DOUGLAS M. BRIA (State Bar #226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone    415.394.9400
Facsimile:    415.394.9401
brooksj@jacksonlewis.com

Attorneys for Defendant
PEROT SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 3064

| | |
|---|---|
| RAUL MANCERA, | Case No.: |
| Plaintiff, | NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING |
| v. | (Filed in conjunction with Notice of Removal) |
| PEROT SYSTEMS CORPORATION, and DOES 1 through 25, inclusive, | |
| Defendants. | |

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFF RAUL MANCERA, AND ALL PARTIES AND COUNSEL OF RECORD ON THE ATTACHED CERTIFICATE OF SERVICE:**

**PLEASE TAKE NOTICE:** Defendant Perot Systems Corporation ("Perot Systems") filed a Notice of Removal of this action (the "Mancera Complaint") in the United States District Court for the Northern District of California on June 24, 2008 and this action involves all or a material part of the same subject matter and all or substantially all of the same parties as other actions pending in federal and state court. Pursuant to Civil Local Rule 3-13, Defendant asserts:

///

///

1

## The Jimenez Complaint

1. On July 12, 2007, Gloria Jimenez, on behalf of herself and a putative class, filed a class action complaint (the "Jimenez Complaint") in the Superior Court of the State of California for the County of Alameda, designated as Case No. RC 07-335321. The Jimenez Complaint alleges the following causes of action against Perot Systems and Does 1 to 50: Failure to pay overtime, failure to pay accrued vacation, failure to provide itemized wage statements, unlawful business practices, and injunctive and declaratory relief.

2. On July 16, 2007, Jimenez served Perot Systems with the Summons and Complaint in that action.

3. On May 23, 2008, Perot Systems removed the Jimenez Complaint from the Superior Court of the State of California for the County of Alameda to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. sections 1332 (as amended by the Class Action Fairness Act of 2005, Pub. L. 109-2, section 4(a) ("CAFA")), 1441(a) and (b) and 1446.

4. On June 18, 2008, Jimenez moved this Court to remand the Jimenez Complaint to the Alameda County Superior Court. That motion is set for hearing on August 5, 2008, in the Courtroom of the Honorable Elizabeth D. Laporte, Magistrate Judge of the United States District Court, Northern District of California.

## The Gomez Complaint

5. On May 27, 2008, Angelita Gomez, on behalf of herself and a putative class, filed a class action complaint (the "Gomez Complaint") in the Superior Court of the State of California for the County of Alameda, designated as Case No. RG 08389410. The Gomez Complaint alleges the following causes of action against Perot Systems and Does 1 to 50: Failure to pay wages, failure to pay overtime, recovery of waiting time penalties, failure to provide itemized wage statements, unlawful business practices, and injunctive and declaratory relief.

6. On June 13, 2008, Gomez served Perot Systems with the Summons and Complaint in that action.

///

7. Perot Systems is evaluating the Gomez Complaint to determine if it is removable from the Superior Court of the State of California for the County of Alameda to the United States District Court for the Northern District of California and whether coordination in this Court will avoid conflicts, conserve resources and promote efficient determination of the action.

### Relatedness Of Actions

8. The Jimenez Complaint, the Gomez Complaint, and the Mancera Complaint involve all or a material part of the same subject matter and all or substantially all of the same parties as follows:

   i. Each action alleges wage and hour violations under the California Labor Code;

   ii. Perot Systems is the only named Defendant in each action; and

   iii. Plaintiff in this action, Raul Mancera, may be a putative class member of either or both other actions as his employment and allegations coincide with those of the classes alleged in the Jimenez Complaint and the Gomez Complaint.

Dated: June 24, 2008

JACKSON LEWIS LLP

By: _____
JoAnna L. Brooks
Timothy C. Travelstead
Douglas M. Bria
Attorney for Defendant
PEROT SYSTEMS CORPORATION,
a Delaware Corporation

## CERTIFICATE OF SERVICE

I, Marianne Solano, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On June 24, 2008, I served the attached document(s):

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**

in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

**COUNSEL FOR MANCERA**
Frank A. Jelinch, Esq.
Law Office of Frank A. Jelinch
20045 Stevens Creek Boulevard, Suite 2G
Cupertino, CA 95014
Telephone:   (408) 366-6300
Facsimile:   (408) 252-3936

**COUNSEL FOR GOMEZ**
Jonathan E. Gertler, Esq.
Daniel B. Siegel, Esq.
Chavez & Gertler LLP
42 Miller Avenue
Mill Valley, CA 94941
Telephone:   415.381.5599
Facsimile:   415.381.5572

Todd M. Schneider, Esq.
Joshua G. Konecky, Esq.
Christian Schreiber, Esq.
Schneider Wallace Cottrell Brayton
       Konecky LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:   415.421.7100
Facsimile:   415.421.7105

Ricardo De Rosa, Esq.
Law Offices of Ricardo De Rosa
6640 Brook Falls Circle
Stockton, CA 95219
Telephone:   209.345.7077
Facsimile:   209.476.0443

**COUNSEL FOR JIMENEZ**
Jonathan E. Gertler, Esq.
Joseph R. Igelmund, Esq.
Chavez & Gertler LLP
42 Miller Avenue
Mill Valley, CA 94941
Telephone:   415.381.5599
Facsimile:   415.381.5572

Todd M. Schneider, Esq.
Joshua G. Konecky, Esq.
Christian Schreiber, Esq.
Schneider Wallace Cottrell Brayton
       Konecky LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:   415.421.7100
Facsimile:   415.421.7105

Ricardo De Rosa, Esq.
Law Offices of Ricardo De Rosa
6640 Brook Falls Circle
Stockton, CA 95219
Telephone:   209.345.7077
Facsimile:   209.476.0443

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

[ ]   BY MAIL: United States Postal Service - by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ]   BY HAND DELIVERY: I caused such envelope(s) to be delivered by Messenger Service to the above address[es].

[ X ]   BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by OVERNIGHT EXPRESS service.

[ ]   BY FACSIMILE: I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 24, 2008 at San Francisco, California.

_____
MARIANNE SOLANO