JOANNA L. BROOKS (State Bar #182986)
TIMOTHY C. TRAVELSTEAD (State Bar #215260)
DOUGLAS M. BRIA (State Bar #226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone    415.394.9400
Facsimile:    415.394.9401

Attorneys for Defendant
PEROT SYSTEMS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MANCERA,<br><br>Plaintiff,<br><br>v.<br><br>PEROT SYSTEMS CORPORATION, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: CV 08 3064 MHP<br><br>**CERTIFICATE OF SERVICE** |

    I, Linda A. Moore, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

    On June 24, 2008, I served the attached document(s):

1. Order Setting Initial Case Management Conference and ADR Deadlines (including Order Setting Conference, sample Joint Case Management Conference Statement and Proposed Order, and Standing Order for All Judges of the Northern District of California);
2. Welcome to the U.S. District Court, San Francisco (with list of judges and drop-box filing procedures);
3. U.S. District Court ECF Registration Information Handout;
4. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;
5. Dispute Resolution Procedures in the Northern District of California;
6. Consenting to a Magistrate Judge's Jurisdiction in the Northern District of

1

California; and

7. Certificate of Service

in this action by placing true and correct copies thereof, enclosed in sealed envelope(s) addressed as follows:

Frank A. Jelinch, Esq.
Law Office of Frank A. Jelinch
20045 Stevens Creek Boulevard, Suite 2G     *Attorney for Plaintiff*
Cupertino, CA  95014
Telephone: (408) 366-6300
Facsimile:  (408) 252-3936

[ ]    BY MAIL: United States Postal Service - by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

[ ]    BY HAND DELIVERY: I caused such envelope(s) to be delivered by Messenger Service to the above address[es].

[X]    BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by OVERNIGHT EXPRESS service.

[ ]    BY FACSIMILE: I caused such documents to be transmitted by facsimile to the telephone number(s) indicated above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on June 24, 2008, at San Francisco, California.

_____
LINDA A. MOORE

---

CERTIFICATE OF SERVICE                                              Case No.:  CV 08 3064 MHP

2