**United States District Court**
For the Northern District of California

*E-FILED 7/15/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAUL MANCERA,

       Plaintiff,

  v.

PEROT SYSTEMS CORPORATION,

       Defendant.
_____/

No. C 08-03064 RS

**ORDER REFERRING CASE
FOR RELATED CASE DETERMINATION**

Pursuant to Civil Local Rule 3-12(c), this action is hereby referred to the judge presiding in *Gloria Jimenez v. Perot Systems Corporation*, No. C 08-02607 MMC, for a determination as to whether this action is related thereto within the meaning of Rule 3-12.

IT IS SO ORDERED.

Dated: July 15, 2008

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Douglas M. Bria    briad@jacksonlewis.com, moorel@jacksonlewis.com

JoAnna L. Brooks    brooksj@jacksonlewis.com

Frank A Jelinch    frank@jelinchlaw.com, roberta@jelinchlaw.com

Timothy C Travelstead    travelsteadt@jacksonlewis.com, moorel@jacksonlewis.com

Dated: July 15, 2008

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2