1  CHAVEZ & GERTLER LLP
   JONATHAN E. GERTLER (Bar No. 111531)
2  DANIEL B. SIEGEL (Bar No. 160742)
   LISA D. FIALCO (Bar No. 216682)
3  42 Miller Avenue, Mill Valley, CA  94941
4  Tel:  (415) 381-5599  Fax:   (415) 381-5572

5  SCHNEIDER WALLACE
   COTTRELL BRAYTON KONECKY LLP
6  TODD M. SCHNEIDER (Bar No. 158253)
7  JOSHUA G. KONECKY (Bar No. 182897)
   CHRISTIAN SCHREIBER (Bar No. 245597)
8  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
9  Tel:  (415) 421-7100  Fax:  (415) 421-7105

10 LAW OFFICES OF RICARDO DE ROSA
11 RICARDO DE ROSA (Bar No. 221226)
   6640 Brook Falls Circle
12 Stockton, California, 95219
   Tel:  (209) 345-7077  Fax:  (209) 476-0443
13
   Attorneys for Plaintiffs ANGELITA GOMEZ
14 And the Proposed Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELITA GOMEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PEROT SYSTEMS CORPORATION, a Delaware Corporation; and DOES 1 to 50,<br><br>Defendants. | Case No. CV 08-03337-SC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>*Mancera v. Perot Systems Corporation*<br>Case No. CV 08-03064-RS<br><br>*Gomez v. Perot Systems Corporation*<br>Case No. CV 08-03337-SC |

## **ORDER**

The Court having considered Plaintiff's Administrative Motion to Consider Whether Cases Are Related, and good cause appearing therefore, finds that the cases of *Mancera v. Perot Systems Corporation*, CV 08-03064-RS, and *Gomez v. Perot Systems Corporation*, CV 08-03337-SC, are related. Plaintiff's Administrative Motion is **GRANTED.**

The *Gomez* matter is hereby reassigned to this Court.

Dated: August ___, 2008

_____

RICHARD SEEBORG
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
*Mancera v. Perot Systems Corp.*, CV 08-03064-RS & *Gomez v. Perot Systems Corp.*, CV 08-03337-SC

1