*E-FILED*
August 6, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL MANCERA, | No. 08-03064 RS |
| Plaintiffs, | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| v. | [Reassigned Case] |
| PEROT SYSTEMS CORPORATION, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Richard Seeborg for trial and all further proceedings,

IT IS HEREBY ORDERED, pursuant to Fed.R.Civ.P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on **October 1, 2008 at 2:30 p.m.** in Courtroom 4, 5th Floor, U.S. District Court, 280 South First Street, San Jose, California.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. All other dates set in the Order Setting Initial Case Management and ADR Deadlines filed June 24, 2008 are continued accordingly.

1   All documents filed in this matter shall list the civil case number followed only by the initials
2   "**RS**."

4   Dated:  August 6, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Douglas M. Bria    briad@jacksonlewis.com, moorel@jacksonlewis.com

JoAnna L. Brooks    brooksj@jacksonlewis.com

Angelita Gomez    efilings@schneiderwallace.com

Frank A Jelinch    frank@jelinchlaw.com, roberta@jelinchlaw.com

Christian Schreiber    cschreiber@schneiderwallace.com, efilings@schneiderwallace.com

Timothy C Travelstead    travelsteadt@jacksonlewis.com, moorel@jacksonlewis.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: August 6, 2008

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

3