**\*E-FILED\***
**January 27, 2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAUL MANCERA, | No. C 08-03064 RS |
| Plaintiffs, | |
| v. | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| PEROT SYSTEMS CORPORATION, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 1, 2009**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 8, 2009 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: January 27, 2009

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Angelita Gomez     efilings@schneiderwallace.com

Christian Schreiber     cschreiber@schneiderwallace.com, efilings@schneiderwallace.com

Douglas M. Bria     briad@jacksonlewis.com, moorel@jacksonlewis.com

Frank A Jelinch     frank@jelinchlaw.com, roberta@jelinchlaw.com

JoAnna L. Brooks     brooksj@jacksonlewis.com, stonerm@jacksonlewis.com

Timothy C Travelstead     travelsteadt@jacksonlewis.com, moorel@jacksonlewis.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 27, 2009

                                                     /s/ BAK
                                              Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California